IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                                     PLAINTIFF

v.                                                                    CIVIL ACTION NO. 1:14cv185LG-JMR

KATHERINE A. McCHESNEY                                                                      DEFENDANT

## JUDGMENT BY DEFAULT

THIS MATTER IS BEFORE THE COURT on the Motion for Default Judgment (Doc. #7) filed by the plaintiff, the United States of America. A Clerk's Entry of Default (Doc. #5) has been entered as to the defendant, Katherine McChesney in the above-styled cause in accordance with Rule 55 of the *Federal Rules of Civil Procedure*, and counsel for the plaintiff has requested a judgment against defendant and has filed a proper certificate with the Clerk of Court as to the amount due from the defendant to the plaintiff. Therefore, the Court finds that the Motion for Default Judgment (Doc. #7) filed by the plaintiff should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Default Judgment (Doc. #7) filed by the plaintiff, the United States of America, is **GRANTED**. Judgment is hereby rendered in favor of the plaintiff, the United States of America, and against the defendant, Katherine McChesney, in the sum of $52,836.70, to the date of judgment, together with filing fee costs in the amount of $350.00 in favor of the plaintiff, pursuant to 28 U.S.C. Section 2412(a)(2). Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

**SO ORDERED AND ADJUDGED** this the 10th day of July, 2014.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge